IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00171-GPG

STEPHEN HAFF,

    Plaintiff,

v.

DENVER COUNTY DISTRICT COURT,

    Defendant.

## ORDER OF DISMISSAL

On January 22, 2016, Plaintiff Stephen Haff, a detainee at the Denver County Jail, initiated this action by filing *pro se* a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 2) and a "Declaratory Judgment Complaint Pursuant to 28 U.S.C.A. § 2201" (ECF No. 1). Magistrate Judge Gordon P. Gallagher reviewed the documents and found them to be deficient because Plaintiff did not submit his Complaint on the court-approved form. Magistrate Judge Gallagher directed Plaintiff to obtain the court-approved Prisoner Complaint form, and use that form to cure the deficiency. (*See* ECF No. 4, at 2). Plaintiff was warned that the action would be dismissed without further notice if he failed to cure the deficiency within thirty days.

Plaintiff now has failed to communicate with the Court, and as a result he has failed to cure the deficiency within the time allowed. The Court, therefore, will dismiss the action without prejudice.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from

this Order is not taken in good faith, and, therefore, *in forma pauperis* status is denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal he must also pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure the deficiency and for failure to prosecute.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.  It is

FURTHER ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 2), is denied as moot.

DATED at Denver, Colorado, this  29th  day of   February  , 2016.

BY THE COURT:

  s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court